## DAVID PALMER *v.* COMMISSIONER OF CORRECTION

The petitioner David Palmer's petition for certification for appeal from the Appellate Court, 117 Conn. App. 903 (AC 29887), is denied.

*Todd A. Bussert*, special public defender, in support of the petition.

*Frederick W. Fawcett*, special deputy assistant state's attorney, in opposition.

Decided January 14, 2010

## BENJAMIN BROWNSTEIN ET AL. *v.* KENNETH C. SPILKE

The defendant Georgina Spilke's petition for certification for appeal from the Appellate Court, 117 Conn. App. 761 (AC 29906), is denied.

*Georgina Spilke*, pro se, in support of the petition.

Decided January 14, 2010

## STATE OF CONNECTICUT *v.* DAVID ABRAHAMS

The defendant's petition for certification for appeal from the Appellate Court, 117 Conn. App. 901 (AC 29928), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*David Abrahams*, pro se, in support of the petition.

*Susan C. Marks*, supervisory assistant state's attorney, in opposition.

Decided January 14, 2010